IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CR-12-TAV-DCP |
| | ) | |
| WILLIAM DALE WOODEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the matter of Defendant William Wooden's representation. At his Initial Appearance on April 8, 2015, the Court appointed [Doc. 7] Assistant Federal Defender Benjamin G. Sharp and the Federal Defender Services of Eastern Tennessee ("FDS") to represent Defendant Wooden. On May 16, 2017, Mr. Sharp filed a Motion to Withdraw as Attorney on behalf of himself and FDS [Doc. 46]. The Court granted the motion to withdraw and substituted and appointed Attorney Michael B. Menefee as counsel of record for Defendant [Doc. 48]. Mr. Menefee represented Defendant Wooden at trial and on his appeal through the Sixth Circuit Court. Defendant Wooden's representation was taken over by another firm for his appeal to the United States Supreme Court. The United States Supreme Court issued an Opinion reversing the judgment of the Sixth Circuit and remanding Defendant Wooden's case for further proceedings, including resentencing [Doc. 112].

Through communications with Chambers, Mr. Menefee informed the Court that he longer represents Defendant and that Defendant Wooden is in need of counsel to represent him at his resentencing hearing. The Court has previously determined that Defendant qualified for appointed counsel. Defendant has been continuously detained [Doc. 9] since April 8, 2015. The Court finds

that Defendant does not have the funds to retain an attorney of his own choosing and that he qualifies for court-appointed counsel. Accordingly, Attorney Michael B. Menefee is **APPOINTED** to represent Defendant on the matter of his resentencing, pursuant to the Criminal Justice Act (CJA), 18 U.S.C. § 3006A.

    **IT IS SO ORDERED**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge