## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 27, 2022

Mr. Luke A. McLaurin
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Re: Case No. 22-5655, *USA v. William Wooden*
Originating Case No. : 3:15-cr-00012-1

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Mr. Michael Barrett Menefee
    Ms. LeAnna Wilson

Enclosure

No mandate to issue

Case No. 22-5655

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellant Cross-Appellee

v.

WILLIAM DALE WOODEN

    Defendant - Appellee Cross-Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                         **ENTERED PURSUANT TO RULE 45(a),**
                                         **RULES OF THE SIXTH CIRCUIT**
                                         Deborah S. Hunt, Clerk

Issued: September 27, 2022